```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 07140
   MARIA ISABEL CARPINTERO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7016

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/01/2005 and was confirmed 05/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 12/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
BANK OF AMERICA NA         CURRENT MORTG         .00            .00            .00
ASPIRE                     UNSECURED         7502.02            .00        5764.33
CAPITAL ONE                UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED          440.00            .00         338.08
DIRECT MERCHANTS BANK      UNSECURED        NOT FILED           .00            .00
NORTHWESTERN MEDICAL FAC   UNSECURED         5278.74            .00        4056.03
PROVIDIAN NATIONAL BANK    UNSECURED         4671.21            .00        3589.22
SUDHIR M GOKHALE MD        UNSECURED        NOT FILED           .00            .00
BANK OF AMERICA NA         MORTGAGE ARRE     414.99             .00         414.99
ECAST SETTLEMENT CORP      UNSECURED         1025.13            .00         772.73
BANK OF AMERICA NA         NOTICE ONLY      NOT FILED           .00            .00
CITY CHICAGO DEPT OR REV   NOTICE ONLY      NOT FILED           .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,200.00                       2,200.00
TOM VAUGHN                 TRUSTEE                                         1,088.36
DEBTOR REFUND              REFUND                                              16.26

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 18,240.00

PRIORITY                                              .00
SECURED                                            414.99
UNSECURED                                       14,520.39
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                             1,088.36
DEBTOR REFUND                                       16.26
                        ---------------        ---------------
TOTALS                  18,240.00               18,240.00


               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 07140 MARIA ISABEL CARPINTERO
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
  Dated: 03/05/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE